

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| IN RE: THE STATE OF TEXAS, | § | No. 08-16-00156-CR |
| Relator. | § | AN ORIGINAL PROCEEDING |
|  | § | IN MANDAMUS |
|  | § |  |
|  | § |  |

# O R D E R

Pending before the Court are the Real Party in Interest's motion to reconsider the order granting the State's first motion to stay and the State's second motion to stay. Because the State has filed its mandamus petition, as well as a second motion to stay, the issues raised in the motion to reconsider are moot. Accordingly, we deny the motion to reconsider. Further, the State's second motion to stay is granted. The Honorable Luis Aguilar shall therefore stay any further proceedings in cause number 20120D04103, styled The State of Texas v. Luis Solis Gonzalez, pending further order of this Court. The Court previously granted the Real Party in Interest's request for an extension of time in which to file his response to the State's mandamus petition. That response is due to be filed no later than September 24, 2016.

IT IS SO ORDERED this 19th day of August, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.